UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No. 18-16314-LMI

LA CAPITAL DE LA FRUTA I, INC.,
                                                                    Chapter 7
    Debtor.
_____/
DREW M. DILLWORTH AS CHAPTER 7
TRUSTEE,

    Plaintiff,                                                      Adv. Pro. No.19-01811-LMI
-vs-

EL NINO PRODUCE, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Bankr. R. 7041, the Plaintiff, Drew Dillworth, Trustee (the "Trustee"), and the Defendant, El Nino Produce, Inc., jointly stipulate to the dismissal of this Adversary Proceeding. Each party shall bear their own fees and costs.

Dated this 1st day of April, 2020.

| | |
|---|---|
| **LUIS FERNANDEZ, ESQ.** | **JAMES B. MILLER, P.A.** |
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| 2250 S.W. 3rd Avenue, Suite 303 | 19 West Flagler Street, Suite 416 |
| Miami, Florida 33129 | Miami, FL 33130 |
| Telephone: 305.854-5955 | Telephone: 305. 374.0200 |
| Facsimile: 305.854-5324 | Facsimile: 305. 374.0250 |
| Email: Lfernandezlaw@aol.com | Email: jbm@title11law.com |
| By: *[signature]* | By: *[signature]* |
| Luis Fernandez, Esq. | James B. Miller, Esq. |
| Florida Bar No.271578 | Florida Bar No. 009164 |