

**ORDERED in the Southern District of Florida on April 3, 2020.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16314-LMI |
| LA CAPITAL DE LA FRUTA I, INC., | Chapter 7 |
| Debtor. _____/ | |
| DREW M. DILLWORTH AS CHAPTER 7 TRUSTEE, | |
| Plaintiff, | Adv. Pro. No.19-01811-LMI |
| -vs- | |
| EL NINO PRODUCE, INC., | |
| Defendant. _____/ | |

### AGREED ORDER DISMISSING ADVERSARY PROCEEDING

THIS CAUSE came before the Court without a hearing following the filing of the parties'

Joint Stipulation for Dismissal (the "Stipulation") [ECF# 27]. The Court, having reviewed the

1

Stipulation and the record herein finds that this proceeding should be dismissed forthwith.

Accordingly, the Court

    **ORDERS** as follows:

    1.    This Adversary Proceeding is DISMISSED.

    2.    Each party shall bear its own attorney's fees and costs.

###

Submitted by and copies furnished to:
James B. Miller, Esq.
Luis Fernandez, Esq.

◻